CO-386-online
10/03

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

TREA Senior Citizens League )
909 N. Washington St., Suite 300 )
Alexandria, VA 22314 )
)
                            Plaintiff )        Civil Ac      CASE NUMBER 1:06CV01202
          vs                  )
                              )                JUDGE: John D. Bates
Social Security Administration )
6401 Security Boulevard       )                DECK TYPE: FOIA/Privacy Act
Baltimore, MD 21235           )
                    Defendant )                DATE STAMP: 06/29/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___TREA Senior Citizens League___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___TREA Senior Citizens League___ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                             Attorney of Record

                                             _____
                                             Signature

___233833___                                 William J. Olson
BAR IDENTIFICATION NO.                        Print Name

                                             ___8180 Greensboro Dr., Suite 1070___
                                             Address

                                             ___McLean, VA 22102-3860___
                                             City          State          Zip Code

                                             ___(703) 356-5070___
                                             Phone Number

2