IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1202 (JDB) |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND**
**MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a 30 day extension of time, until September 6, 2006, to respond to plaintiff's Complaint. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's response to plaintiff's Complaint is currently due to be filed on or before August 7, 2006. In order to file a proper answer, counsel requires additional time to consult with officials at the Social Security Administration. Some of these officials are not or have not been immediately available. Defendant therefore seeks this enlargement of the deadline for responding to plaintiff's Complaint, the first such extension of time that defendant has sought in this case.

WHEREFORE, the defendant respectfully requests that this Court grant a thirty day extension of time to respond to plaintiff's Complaint in the above captioned case.

Dated: August 2, 2006                              Respectfully submitted,

                                                   PETER D. KEISLER
                                                   Assistant Attorney General

                                                   KENNETH L. WAINSTEIN
                                                   United States Attorney

                                                   ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                                   Assistant Director

                                                    /s/ Paul A. Dean
                                                   PAUL A. DEAN
                                                   Member of the New York Bar
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division
                                                   Federal Programs Branch
Of Counsel:                                        20 Massachusetts Avenue, NW, Room 6132
                                                   Washington, D.C. 20001
Terri Daniel                                       Telephone: (202) 514-1280
Office of the General Counsel                      Facsimile: (202) 616-8470
                                                   Paul.Dean@usdoj.gov
Social Security Administration
                                                   Attorneys for Defendant