UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TREA SENIOR CITIZENS LEAGUE,**<br><br>        Plaintiff,<br><br>        v.<br><br>**SOCIAL SECURITY ADMINISTRATION,**<br><br>        Defendant. | Civil Action No.  06-1202 (JDB) |

## ORDER

Defendant has now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to FOIA actions.  <u>See</u> Local Civil Rule 16.3 (b)(1).  The Court has reviewed the complaint and the answer in this case, and determined that submission of a jointly proposed briefing schedule is appropriate.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than September 28, 2006, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

                                                                                   /s/
                                                                    JOHN D. BATES
                                                              United States District Judge

Dated:   September 7, 2006