IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TREA SENIOR CITIZENS LEAGUE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1202 (JDB) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MEMORANDUM PROPOSING A BRIEFING SCHEDULE
REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the Court's Order of September 7, 2006, Plaintiff TREA Senior Citizens League, jointly with defendant the United States Social Security Administration, through undersigned counsel, hereby move the Court to enter the following agreed briefing schedule, which would govern the filing of motions for summary judgment in the above-titled case.

The parties propose the following schedule:

1. On or before December 15, 2006, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before January 29, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before February 28, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before March 21, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before January 29, 2007.

While defendant does not believe that discovery is either necessary or appropriate in this case, the parties agree that neither this submission nor the proposed order would preclude plaintiff from attempting to conduct discovery, or from filing other motions, to which it may be entitled.

A proposed form of order is attached.

Dated: September 28, 2006                              Respectfully submitted,

                                                              PETER D. KEISLER
                                                              Assistant Attorney General

                                                              KENNETH L. WAINSTEIN
                                                              United States Attorney

                                                              ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                                              Assistant Director

| /s/ *John S. Miles* | /s/ *Paul A. Dean* |
|---|---|
| JOHN S. MILES | PAUL A. DEAN |
| D.C. Bar No. 166751 | Member of the New York Bar |
| WILLIAM J. OLSON | Trial Attorney |
| D.C. Bar No. 233833 | U.S. Department of Justice |
| HERBERT W. TITUS | Civil Division |
| JEREMIAH L. MORGAN | Federal Programs Branch |
| William J. Olson, P.C. | 20 Massachusetts Avenue, NW, Room 6132 |
| 8180 Greensboro Drive, Suite 1070 | Washington, D.C. 20001 |
| McLean, VA 22102-3860 | Telephone: (202) 514-1280 |
| 703-356-5070 (telephone) | Facsimile: (202) 616-8470 |
| 703-356-5085 (fax) | Paul.Dean@usdoj.gov |
| wjo@mindspring.com (email) | |
| Attorneys for Plaintiff | Attorneys for Defendant |