IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TREA SENIOR CITIZENS LEAGUE, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1202 (JDB) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Parties' Joint Memorandum Proposing a Briefing Schedule Regarding Cross-Motions for Summary Judgment, it is hereby:

ORDERED, that defendant submit its dispositive motion by December 15, 2006, and provide plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion by January 29, 2007; defendant, its reply and opposition by February 28, 2007; and plaintiff its reply by March 21, 2007.

ENTERED this _____ day of _____, 2006.

_____
John D. Bates
United States District Judge

Copies to:

John S. Miles
William J. Olson
Herbert W. Titus
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
8180 Greensboro Drive, Suite 1070
McLean, VA 22102-3860

Paul A. Dean
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001