IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1202 (JDB) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a 14 day extension of time, until December 29, 2006, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index. The remaining briefing schedule dates would also be extended by 14 days so as not to prejudice either party. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before December 15, 2006. In preparing this motion, counsel requires more time for officials at the Social Security Administration to review and consider the release of additional documents to plaintiff. Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the second extension of time that defendant has sought in this case.

If granted, the briefing schedule would be altered as follows:

1. On or before December 29, 2006, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before February 12, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before March 14, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before April 4, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before February 12, 2007.

WHEREFORE, the defendant respectfully requests that this Court grant a fourteen day extension of time to file it summary judgment motion in the above captioned case.

Dated: December 8, 2006                Respectfully submitted,

                                                       PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

   /s/ Paul A. Dean
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch

Of Counsel:                                 20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Terri Daniel                                Telephone: (202) 514-1280
Office of the General Counsel       Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov

Social Security Administration
Attorneys for Defendant