IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
TREA SENIOR CITIZENS LEAGUE,          )
                                                            )
            Plaintiff,                                   )
                                                            )
            v.                                             )            Civil Action No. 06-1202 (JDB)
                                                            )
SOCIAL SECURITY ADMINISTRATION, )
                                                            )
            Defendant.                               )
_____)

ORDER

Upon consideration of defendant's memorandum for a twenty-eight day extension of time

to facilitate the parties' settlement discussions, and there being no opposition thereto, it is,

ORDERED, that defendant submit its dispositive motion by January 26, 2007, and

provide plaintiff with a Vaughn Index by that date; that plaintiff submit its opposition and cross-

motion by March 12, 2007; defendant, its reply and opposition by April 11, 2007; and plaintiff its

reply by May 2, 2007.

ENTERED this _____ day of _____, 2006.

_____
            John D. Bates
            United States District Judge