IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— )
                                                            )
TREA SENIOR CITIZENS LEAGUE,           )
                                                            )
                    Plaintiff,                          )
                                                            )
          v.                                             )          Civil Action No. 06-1202 (JDB)
                                                            )
SOCIAL SECURITY ADMINISTRATION, )
                                                            )
                    Defendant.                       )
———————————————————— )

## DEFENDANT'S UNOPPOSED MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a four week extension of time, until February 23, 2007, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a Vaughn index.  The remaining briefing schedule dates would also be extended by four weeks so as not to prejudice either party.  Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before January 26, 2007.  Defendant had released additional documents to plaintiff in December and the parties are still discussing a settlement of this litigation.  Additional time is required for the parties to complete these discussions.  Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the fourth extension of time that defendant has sought in this case, to facilitate the parties settlement discussions.

If granted, the briefing schedule would be altered as follows:

1.    On or before February 23, 2007, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a  Vaughn index.

2.    On or before April 9, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3.    On or before May 9, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4.    On or before May 30, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before April 9, 2007.


WHEREFORE, the defendant respectfully requests that this Court grant a four week

extension of time to file it summary judgment motion in the above captioned case for settlement

discussions.

Dated: January 25, 2007                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                           Assistant Director

                                            _/s/ Paul A. Dean_____
                                           PAUL A. DEAN
                                           Member of the New York Bar
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Civil Division
                                           Federal Programs Branch
Of Counsel:                                20 Massachusetts Avenue, NW, Room 6132
                                           Washington, D.C. 20001
Terri Daniel                               Telephone: (202) 514-1280
Office of the General Counsel              Facsimile: (202) 616-8470
                                           Paul.Dean@usdoj.gov
Social Security Administration
                                           Attorneys for Defendant

3