IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1202 (JDB) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a five week extension of time, until March 30, 2007, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a Vaughn index. The remaining briefing schedule dates would also be extended by five weeks so as not to prejudice either party. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before February 23, 2007. Defendant had released additional documents to plaintiff in December and the parties are still discussing a settlement of this litigation. The parties require additional time to complete these discussions. Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the fifth extension of time that defendant has sought in this case, to facilitate the parties settlement discussions.

If granted, the briefing schedule would be altered as follows:

1. On or before March 30, 2007, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before May 14, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before June 13, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before July 5, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before May 14, 2007.

WHEREFORE, the defendant respectfully requests that this Court grant a five week extension of time to file it summary judgment motion in the above captioned case for more settlement discussions.

Dated: February 22, 2007                        Respectfully submitted,

                                                        PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

   /s/ Paul A. Dean
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
Of Counsel:                                     20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Terri Daniel                                    Telephone: (202) 514-1280
Office of the General Counsel                   Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov
Social Security Administration
Attorneys for Defendant

Case 1:06-cv-01202-JDB    Document 13    Filed 02/22/2007    Page 4 of 4