IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1202 (JDB) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's memorandum for a five week extension of time to facilitate the parties' continued settlement discussions, and there being no opposition thereto, it is,

ORDERED, that defendant submit its dispositive motion by March 30, 2007, and provide plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion by May 14, 2007; defendant, its reply and opposition by June 13, 2007; and plaintiff its reply by July 5, 2007.

ENTERED this _____ day of _____, 2006.

_____
John D. Bates
United States District Judge