IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE,           )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>       v.                                              )<br>                                                              )<br>SOCIAL SECURITY ADMINISTRATION, )<br>                                                              )<br>            Defendant.                        )<br>                                                              ) | Civil Action No. 06-1202 (JDB) |

**ORDER**

Upon consideration of the Parties' Joint Memorandum for an Extension of Time, it is hereby:

ORDERED, that all deadlines in this case are extended by two weeks to allow the parties to gain the final approval necessary to resolve this matter.

ENTERED this _____ day of _____, 2007.

_____
John D. Bates
United States District Judge

Copies to:

John S. Miles
William J. Olson
Herbert W. Titus
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
8180 Greensboro Drive, Suite 1070
McLean, VA 22102-3860

Paul A. Dean
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001